# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOBELLE K. SCHUPACK,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARKETVISION RESEARCH, INC.,<br>　　　　Defendant, | CIVIL ACTION<br><br>NO. 16 - 6233 |

## ORDER RE: MOTION TO DISMISS

AND NOW, this 29th day of June, 2017, having considered the Motion to Dismiss of Defendant Marketvision Research, Inc. ("MVR"), and all responses and replies thereto, the Court hereby ORDERS that the Motion is DENIED.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　/s/ Michael M. Baylson
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Michael M. Baylson, J.

O:\CIVIL 16\16-6233 Schupack v. MVR\16cv6233 order re MTD.docx